IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE:

P+P Freight Forwarding, Inc.,

Debtor.

Chapter 7
Case No. 18-28250
Judge Timothy A. Barnes

## NOTICE OF MOTION

TO:    SEE ATTACHED SERVICE LIST

PLEASE TAKE NOTICE that on the **11th day of May, 2020 at the hour of 1:00pm**, or as soon thereafter as counsel can be heard, I shall appear telephonically in accordance with the Amended General Order 20-03 of the United States Bankruptcy Court Northern District of Illinois, before the Honorable Timothy A. Barnes, or before any other Judge who may be sitting in his place and stead and shall present the **TRUSTEE'S MOTION FOR AUTHORITY TO SETTLE and COMPROMISE CLAIM**, a copy of which is attached hereto and herewith served upon you, and shall pray for the entry of an Order in compliance therewith.

AT WHICH TIME and place you may appear if you so see fit.

PLEASE TAKE FURTHER NOTICE that a party who objects to this motion and wants it called must file a Notice of Objection no later than two (2) business days before the presentment date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion without a hearing before the date of presentment.

/s/Arthur G. Simon
Crane, Simon, Clar & Goodman
135 S. LaSalle Street, Suite 3705
Chicago, Illinois 60603
(312) 641-6777

## CERTIFICATE OF SERVICE

The undersigned, being first duly sworn on oath deposes and states that he caused a copy of the foregoing Notice and attached **Trustee's Motion for Authority to Settle and Compromise Claim** were served via electronic mail to the names listed on the attached Service List on the 17th day of April, 2020.

/s/Arthur G. Simon

## **SERVICE LIST**

**Served electronically**

Patrick S. Layng, Office of the United States Trustee
Email – USTPRegion11.ES.ECF@usdoj.gov

Joseph A. Serpico
Serpico & Associates
Email: atty1752@hotmail.com

All Star Delivery Systems, Inc.
c/o Elizabeth Gayle Peterson
FactorLaw
Email: epeterson@wfactorlaw.com

Porreca Freight Forwarding
c/o Alex Loftus
Stoltmann Law
Email: alex@stoltlaw.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE:

P+P Freight Forwarding, Inc.,

    Debtor.

Chapter 7
Case No. 18-28250
Judge Timothy A. Barnes

## MOTION OF TRUSTEE TO APPROVE SETTLEMENT AND COMPROMISE CLAIM

Eugene Crane, Chapter 7 trustee ("Trustee"), by and through his attorneys, Eugene Crane, Arthur G. Simon, and the law firm of Crane, Simon, Clar, & Goodman, pursuant to Rule 9019 of the Federal Rules of Bankruptcy Procedure, moves this Court to authorize the Trustee to settle and compromise certain claim involving Porreca Freight Forwarding, Inc. ("Porreca"),and All Star Delivery Systems, Inc. ("All Star"), and in support thereof, states as follows:

1. The Debtor, P+P Freight Forwarding, Inc. ("Debtor"), commenced this case by filing a voluntary petition under Chapter 7 of the United States Bankruptcy Code on October 8, 2018, at which time Eugene Crane was appointed as Trustee and continues in that capacity.

2. The Debtor operated a freight delivery service which included an inventory of trucks and trailers.

3. Pending in the Circuit Court of Cook County Illinois is a lawsuit entitled *Porreca Freight Forwarding, Inc. v. All Star Delivery Systems, Inc.*, Case no. 2019 L 001941. In that litigation Porreca is seeking to collect an account receivable purportedly due from All Star Delivery Systems, Inc. in the amount of $42,583.00. The Trustee has been interpleaded in that

1

proceeding by All Star as there is a dispute as to whether or not Porreca or the Debtor's estate is entitled to collect that account receivable.

4. Trustee and Porreca have agreed to settle this litigation so that the Debtor's estate will receive $15,000.00 of that account receivable from All Star as described in the email attached hereto as **Exhibit A**.

5. Given the risks of litigation, the costs of collection and the collectability of the claim, it appears to the Trustee that this is the best possible result of this litigation, and accepting the settlement under these terms would be in the best interest of the Debtor's estate.

6. Accordingly, Trustee requests that notice provided on this motion be deemed sufficient due to the limited amount of value that could ultimately accrue to the benefit of the estate even if successful in such litigation.

WHEREFORE, for the foregoing reasons, the Trustee prays for the entry of an order:

a. Authorizing the Trustee to settle the matter described herein;

b. Deeming notice of this motion sufficient for good cause shown; and

c. For such other relief as this court deems just.

> Respectfully submitted,
> EUGENE CRANE, TRUSTEE
>
> By:  /s/Arthur G. Simon
>      One of his Attorneys

**TRUSTEE'S COUNSEL**
Arthur G. Simon, ESQ.
(Atty. Reg. #03124481)
CRANE, SIMON, CLAR & GOODMAN
135 South LaSalle, Suite 3705
Chicago, IL  60603
312/641-6777

2