# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | § | |
| | § | |
| P+P Freight Forwarding Inc. | § | Case No. 18-28250 |
| | § | |
| Debtor | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

KAREN R. GOODMAN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: 25,000.00                    Assets Exempt: NA
*(Without deducting any secured claims)*


Total Distributions to Claimants: 0.00         Claims Discharged
                                                Without Payment: NA


Total Expenses of Administration: 15,000.00

---

3) Total gross receipts of $15,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $15,000.00 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $NA | $NA | $NA | $NA |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 16,294.61 | 16,294.61 | 15,000.00 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | 35,987.92 | 35,987.92 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 123,696.29 | 10,977.08 | 10,977.08 | 0.00 |
| **TOTAL DISBURSEMENTS** | $123,696.29 | $63,259.61 | $63,259.61 | $15,000.00 |

    4)  This case was originally filed under chapter 7 on 10/08/2018.  The case was pending for 34 months.

    5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 07/15/2021     By:/s/KAREN R. GOODMAN
                                             Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Possible Accounts Receivable | 1221-000 | 15,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$15,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$NA** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| **TOTAL SECURED CLAIMS** | | | **$NA** | **$NA** | **$NA** | **$NA** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| KAREN R. GOODMAN | 2100-000 | NA | 2,044.38 | 2,044.38 | 2,044.38 |
| International Sureties, Ltd. | 2300-000 | NA | 12.01 | 12.01 | 12.01 |
| Metropolitan Commercial Bank | 2600-000 | NA | 71.97 | 71.97 | 71.97 |
| Crane, Simon, Clar & Goodman | 3110-000 | NA | 14,039.50 | 14,039.50 | 12,756.47 |
| Crane, Simon, Clar & Goodman | 3120-000 | NA | 126.75 | 126.75 | 115.17 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $NA | $16,294.61 | $16,294.61 | $15,000.00 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA: NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $NA | $NA | $NA | $NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 4P | ILLINOIS DEPARTMENT OF EMPLOYMENT SECURITY | 5800-000 | NA | 35,987.92 | 35,987.92 | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| TOTAL PRIORITY UNSECURED CLAIMS | | | $NA | $35,987.92 | $35,987.92 | $0.00 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | BKS Business Knowledge Systems | | 1,620.00 | NA | NA | 0.00 |
| | BKS Business Knowledge Systems | | 1,181.25 | NA | NA | 0.00 |
| | Chase Ink | | 19,801.48 | NA | NA | 0.00 |
| | City of Chicago | | 300.00 | NA | NA | 0.00 |
| | City of Chicago | | 200.00 | NA | NA | 0.00 |
| | Cooper & Allison Insurance | | 40,241.71 | NA | NA | 0.00 |
| | Credit Collection Services | | 11,350.28 | NA | NA | 0.00 |
| | Enterprise Toll | | 3.80 | NA | NA | 0.00 |
| | Enterprise Toll | | 14.00 | NA | NA | 0.00 |
| | Enterprise Toll | | 4.90 | NA | NA | 0.00 |
| | Enterprise Toll | | 6.95 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Google LLC | | 110.00 | NA | NA | 0.00 |
| | KMH Equipment & Services | | 2,414.19 | NA | NA | 0.00 |
| | KMH Equipment & Services | | 186.25 | NA | NA | 0.00 |
| | KMH Equipment & Services | | 411.71 | NA | NA | 0.00 |
| | Linebarger Goggan Blair & Sampson | | 200.00 | NA | NA | 0.00 |
| | McCarthy, Burgess & Wolfe | | 1,172.11 | NA | NA | 0.00 |
| | Naylor LLC | | 1,139.50 | NA | NA | 0.00 |
| | Penske Truck Leasing Co., L.P. | | 142.63 | NA | NA | 0.00 |
| | Penske Truck Leasing Co., L.P. | | 117.50 | NA | NA | 0.00 |
| | Penske Truck Leasing Co., L.P. | | 50.61 | NA | NA | 0.00 |
| | Penske Truck Leasing Co., L.P. | | 162.98 | NA | NA | 0.00 |
| | Suburban Towing & Recovery | | 2,102.00 | NA | NA | 0.00 |
| | Supply Vision (Freight Innovations) | | 293.55 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Trivedi & Khan, P.C. |  | 30,164.45 | NA | NA | 0.00 |
|  | Village of Elk Grove Village |  | 200.00 | NA | NA | 0.00 |
|  | Village of Schiller Park |  | 100.00 | NA | NA | 0.00 |
| 1 | ACUITY | 7100-000 | 1,011.00 | 1,011.00 | 1,011.00 | 0.00 |
| 5 | AMERICAN EXPRESS NATIONAL BANK | 7100-000 | 3,036.70 | 3,083.76 | 3,083.76 | 0.00 |
| 4U | ILLINOIS DEPARTMENT OF EMPLOYMENT SECURITY | 7100-000 | NA | 480.00 | 480.00 | 0.00 |
| 3 | U.S. BANK NATIONAL ASSOCIATION | 7100-000 | 3,928.61 | 5,874.19 | 5,874.19 | 0.00 |
| 2 | ULINE SHIPPING SUPPLIES | 7100-000 | 2,028.13 | 528.13 | 528.13 | 0.00 |
| TOTAL GENERAL UNSECURED CLAIMS |  |  | $123,696.29 | $10,977.08 | $10,977.08 | $0.00 |

UST Form 101-7-TDR (10/1/2010) *(Page: 7)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No: | 18-28250 | TAB | Judge: | Timothy A. Barnes | Trustee Name: | KAREN R. GOODMAN |
| --- | --- | --- | --- | --- | --- | --- |
| Case Name: | P+P Freight Forwarding Inc. | | | | Date Filed (f) or Converted (c): | 10/08/2018 (f) |
| | | | | | 341(a) Meeting Date: | 08/08/2019 |
| For Period Ending: | 07/15/2021 | | | | Claims Bar Date: | 02/13/2019 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. CARS, VANS, TRUCKS, SPORT UTILITY VEHICLES | 25,000.00 | 25,000.00 | | 0.00 | FA |
| 2. Litigation in Circuit Court - P+P Freight v. Porreca Freight (u) | Unknown | 100,000.00 | | 0.00 | FA |
| 3. Possible Accounts Receivable (u) | 0.00 | 42,000.00 | | 15,000.00 | FA |

| | | | | | Gross Value of Remaining Assets |
| --- | --- | --- | --- | --- | --- |
| TOTALS (Excluding Unknown Values) | $25,000.00 | $167,000.00 | | $15,000.00 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

04/08/2021: TFR filed with UST.
03/31/2021: Settlement made regarding a/r litigation. Estate received $15,000. Trustee is preparing TFR..
Case is ready to be closed.
02/11/2020: Litigation regarding a/r recovery still pending in State Court. Settlement negotiations continue.
Case could be open for at least another year.
03/31/2019: Investigation of claim against Porreca Freight continues. There is a possible accounts receivable turnover from client that Porreca was trying to recover in State Court. Have been in contact with client attorney. Monies are really Debtor's. (dk)
11/06/18: Debtor examined at 341 Meeting. Cont'd for investigation of freight company; Debtor has pending claim in chancery court 2018 CH 02047; inventory could be valued between 25K to 40K. However, Porreca trucking has taken inventory and all books and records.

UST Form 101-7-TDR (10/1/2010) *(Page: 8)*

Exhibit 8

| | | | |
|---|---|---|---|
| RE PROP # | 1 | -- | Inventory of Trucks and trailers. |
| RE PROP # | 2 | -- | Listed in Statement of Financial Affairs. P+P Freignt Forwarding, Inc. v. Porreca Freight Forwarding, Inc. case no. 2018 CH 02047 pending in Cook County Circuit Court.<br>Claim is for theft of Debtor's trucks/trailers and interference with Debtor's business. |
| RE PROP # | 3 | -- | Potential accounts receivable - Porreca Freight has also claimed this receivable and is trying to collect. Trustee is in discussion with customer's attorney as Debtor also claims this receivable is for work done by Debtor. |

Initial Projected Date of Final Report (TFR): 06/30/2021          Current Projected Date of Final Report (TFR): 06/30/2021

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 18-28250 | Trustee Name: | KAREN R. GOODMAN |
|---|---|---|---|
| Case Name: | P+P Freight Forwarding Inc. | Bank Name: | Metropolitan Commercial Bank |
| | | Account Number/CD#: | XXXXXX1455 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX0041 | Blanket Bond (per case limit): | $52,491,000.00 |
| For Period Ending: | 07/15/2021 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 12/31/20 | 3 | All Star Delivery Systems | WIRE FROM ARNOLD HERZ ATTY for All Star Delivery Systems for A/R | 1221-000 | $15,000.00 | | $15,000.00 |
| 01/29/21 | | Metropolitan Commercial Bank 99 Park Avenue 4th Floor New York, NY 10016 | Bank and Technology Services Fees | 2600-000 | | $23.23 | $14,976.77 |
| 02/23/21 | 101 | International Sureties, Ltd. 701 Poydras Street Suite 420 New Orleans, LA 70139 | Blanket Bond #016073584 | 2300-000 | | $12.01 | $14,964.76 |
| 02/26/21 | | Metropolitan Commercial Bank 99 Park Avenue 4th Floor New York, NY 10016 | Bank and Technology Services Fees | 2600-000 | | $22.40 | $14,942.36 |
| 03/31/21 | | Metropolitan Commercial Bank 99 Park Avenue 4th Floor New York, NY 10016 | Bank and Technology Services Fees | 2600-000 | | $26.34 | $14,916.02 |
| 05/06/21 | | Transfer to Acct # xxxxxx0420 | Transfer of Funds | 9999-000 | | $14,916.02 | $0.00 |

| | | | |
|---|---|---|---|
| | COLUMN TOTALS | $15,000.00 | $15,000.00 |
| | Less: Bank Transfers/CD's | $0.00 | $14,916.02 |
| | Subtotal | $15,000.00 | $83.98 |
| | Less: Payments to Debtors | $0.00 | $0.00 |
| | Net | $15,000.00 | $83.98 |

Page Subtotals: $15,000.00 $15,000.00

UST Form 101-7-TDR (10/1/2010) *(Page: 10)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

Case No: 18-28250
Case Name: P+P Freight Forwarding Inc.
Taxpayer ID No: XX-XXX0041
For Period Ending: 07/15/2021

Trustee Name: KAREN R. GOODMAN
Bank Name: Axos Bank
Account Number/CD#: XXXXXX0420
Checking
Blanket Bond (per case limit): $52,491,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 05/06/21 | | Transfer from Acct # xxxxxx1455 | Transfer of Funds | 9999-000 | $14,916.02 | | $14,916.02 |
| 06/07/21 | 2001 | KAREN R. GOODMAN<br>Crane, Simon, Clar & Goodman<br>135 S. LaSalle Street, Suite 3950<br>Chicago, IL 60603 | Trustee Compensation | 2100-000 | | $2,044.38 | $12,871.64 |
| 06/07/21 | 2002 | Crane, Simon, Clar & Goodman<br>135 S. LaSalle, Ste. 3705<br>Chicago, IL 60603 | ATTORNEY FEES | 3110-000 | | $12,756.47 | $115.17 |
| 06/07/21 | 2003 | Crane, Simon, Clar & Goodman<br>135 S. LaSalle, Ste. 3705<br>Chicago, IL 60603 | ATTORNEY EXPENSES | 3120-000 | | $115.17 | $0.00 |

|  |  |  |
|---|---:|---:|
| COLUMN TOTALS | $14,916.02 | $14,916.02 |
| Less: Bank Transfers/CD's | $14,916.02 | $0.00 |
| Subtotal | $0.00 | $14,916.02 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $0.00 | $14,916.02 |

UST Form 101-7-TDR (10/1/2010) *(Page: 11)*

Page Subtotals: $14,916.02   $14,916.02

Exhibit 9

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---:|---:|---:|
| XXXXXX0420 - Checking | $0.00 | $14,916.02 | $0.00 |
| XXXXXX1455 - Checking | $15,000.00 | $83.98 | $0.00 |
|  | $15,000.00 | $15,000.00 | $0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---:|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $15,000.00 |
| Total Gross Receipts: | $15,000.00 |

Page Subtotals:                                                                          $0.00            $0.00